Prepared by State Reporter from Appeal Papers

*Max Rockmore* for appellants.

*Gerson C. Young* and *Abraham M. Weinberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ.　Absent: ANDREWS, J.

---

KATHERINA VON BARGEN, Appellant, *v.* ISIDORE J. GINSBERG, Respondent.

*Vendor and purchaser — contract — specific performance — contract for sale of city lot described by street and number and showing quantity of land to be conveyed — specific performance denied for variance in quantity.*

*Von Bargen* v. *Ginsberg*, 218 App. Div. 545, affirmed.

(Submitted June 22, 1927; decided July 20, 1927.)

APPEAL from a judgment, entered December 30, 1926, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was to compel specific performance of a contract to purchase real property described therein as " Property known as and by the street number 1441 Bedford Avenue, being an eight-family brick and stone apartment building on a ' lot about 33 by 95, irregular." On the trial it was shown that the dimensions of the plot were thirty-three feet one and one-quarter inches fronting on Bedford avenue, ninety-three feet ten inches in depth on the northerly side, ninety-eight feet five and three-quarters inches in depth on the southerly side, both north and south dimensions tapering to the rear where the width was but fourteen feet one and one-half inches. The Appellate Division held that the quantity of land which the plaintiff was actually able to convey was not a compliance with the contract.

*Meier Steinbrink* and *Harold M. Kennedy* for appellant. *Clarence G. Bachrach* and. *Herman S. Bachrach* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ.   Absent: ANDREWS, J

---

ROBERT J. MURPHY, as Trustee in Bankruptcy of THOMAS F. VOGT, INC., Appellant, *v.* WILLIAM J. GUCKER, Respondent.

*Mortgage — validity of chattel mortgages — complaint dismissed in action by trustee in bankruptcy to recover value of automobile seized and sold under chattel mortgages.*

*Murphy* v. *Gucker,* 220 App. Div. 809, affirmed.

(Submitted June 22, 1927; decided July 20, 1927.)

APPEAL from a judgment, entered May 20, 1927, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff, entered upon a decision of the court at a Trial Term without a jury and directing a dismissal of the complaint. The action was brought by the trustee in bankruptcy of an automobile dealer to recover the value of automobiles seized and sold by defendant under chattel mortgages held by him. The Appellate Division directed judgment for defendant on authority of *Utica Trust & Deposit Co.* v. *Decker* (244 N. Y. 340).

*Nicholas J. Weldgen* for appellant.
*George J. Skivington* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ.   Absent: ANDREWS, J.